UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
June 30, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| JAMES B. CUNNINGHAM, TDCJ # 02008042, | § § § | |
| Petitioner, | § § | |
| VS. | § | CIVIL ACTION NO. 4:17-3122 |
| BOBBY LUMPKIN, | § § § | |
| Respondent. | § § | |

## FINAL JUDGMENT

For the reasons stated in the memorandum opinion and order entered this day, the petition for a writ of habeas corpus (Dkt. 1) filed by James Cunningham is **DENIED**. A certificate of appealability is **DENIED**.

The Clerk will provide copies of this order to the parties.

SIGNED at Houston, Texas, this 30th day of June, 2021.

_George C. Hanks Jr._
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE